**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6167**

———————

JOHN MITCHELL,

Petitioner - Appellant,

versus

GERALD MALDONADO, JR., Warden, Federal
Correctional Institution at Estill, South
Carolina,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  David C. Norton, District Judge.
(CA-04-1673-8-18BI)

———————

Submitted:  June 23, 2005          Decided:  June 29, 2005

———————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Mitchell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Mitchell, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mitchell v. Maldonado, No. CA-04-1673-8-18BI (D.S.C. Nov. 29, 2004); see also 28 U.S.C. § 636(b)(1)(B) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED